## LOWE v. STATE.
### No. 23650.

Court of Criminal Appeals of Texas.
May 7, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for murder. The penalty assessed is confinement in the penitentiary for a period of 15 years.

The indictment appears regular, as well as all other matters of procedure. The record is before this court without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is therefore affirmed.